UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON R. POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-0969 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 4) |

    Shannon R. Powell is proceeding *pro se* in this action against the following defendants: The United States, Tuolumne County Judge Donald Segerstrom, Governor Gavin Newsom, Vice President Kamala Harris, Secretary of Defense Lloyd J. Austin III, "Ex-Governor" Edward Brown, "The Federal Judicial Judges," Federal Bureau of Investigation, and "U.S. Marshals." (Doc. 1 at 1–5.) Plaintiff's complaint purports to allege claims for "rights of a citizen," "rights of a holy ghost," and "rights of my own mind and thought." (*Id.*)

    The magistrate judge found Plaintiff failed to state a cognizable claim upon which relief may be granted, and the "complaint consists entirely of fanciful and delusional allegations with no basis in law and no plausible supporting facts." (Doc. 4 at 3; *see also id.* at 2-3.) Therefore, the magistrate judge recommended Plaintiff's complaint be dismissed with prejudice. (*Id.* at 3-4.) The Court served the Findings and Recommendations upon Plaintiff and notified him that any objections must be filed within 30 days of the date of service. (*Id.* at 4.) The Court also informed Plaintiff that the "failure to

file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 4) are **ADOPTED** in full.
2. The complaint is dismissed without leave to amend.
3. The action is **DISMISSED** with prejudice as frivolous.
4. The Clerk of Court shall close this action.

IT IS SO ORDERED.

Dated:   **October 18, 2024**

UNITED STATES DISTRICT JUDGE